DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. S. 07-116-LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION REGARDING PRIOR CONTINUANCE OF ARRAIGNMENT AND EXCLUSION OF TIME** |
| MICHAEL LAMB, | ) | |
| Defendant. | ) | Date: May 14, 2007<br>Time: 2:00 p.m.<br>Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the continuance of this case from the date of the filing of the indictment, March 22, 2007, through and including the currently set date for arraignment, May 14, 2007, be excluded for preparation of defense counsel.

The matter has previously been continued without requesting the exclusion of time.  Since the filing of the indictment, the prosecutor has provided defense counsel with discovery, and defense counsel has begun investigation and research.  Mr. Lamb lives in Montana, and time was sought to allow him to appear in this district and to discuss a

possible plea agreement prior to that appearance.  Accordingly, the parties request that the Court exclude the time from March 22, 2007 through the next court date, May 14, 2007, under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: May 9, 2007                    /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                          Assistant Federal Defender
                                          Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney

DATED: May 9, 2007                    /s/ RACHELLE BARBOUR for
                                        SEAN FLYNN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The time between the filing of the indictment on March 22, 2007, and arraignment on May 14, 2007 is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: 5/11/07                            /s/ Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        United States Magistrate Judge

lamb.ord