DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. S. 07-116-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER REQUESTING** |
| | ) | **CONTINUANCE OF ARRAIGNMENT AND** |
| | ) | **EXCLUSION OF TIME** |
| | ) | |
| MICHAEL LAMB, | ) | Date: June 18, 2007 |
| | ) | Time: 2:00 p.m. |
| Defendant. | | Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the date for defendant's arraignment on the indictment be continued from May 29, 2007 to June 18, 2007 at 2:00 p.m., and that time be excluded for preparation of defense counsel.

Mr. Lamb lives in Montana, is out of custody, and drove to Sacramento for his initial appearance on the complaint.  Since the filing of the indictment, the prosecutor has provided defense counsel with discovery, and defense counsel has begun investigation and research.  The prosecutor has prepared a written plea offer for defense

1 counsel to present to Mr. Lamb.  The parties will discuss this plea
2 offer, and defense counsel must present it to Mr. Lamb.  Additional
3 time is requested to do so.  Further, defense counsel has requested
4 critical court records from Placer County that have not yet been
5 received.
6 //
7 //

1  Accordingly, the parties request that the Court exclude the time
2  from May 29, 2007 through June 18, 2007 at 2:00 p.m., under 18 U.S.C. §
3  3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).  The
4  parties agree that the ends of justice to be served by a continuance
5  outweigh the best interests of the public and the defendant in a speedy
6  trial.

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: May 24, 2007                     /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: May 24, 2007                     /s/ RACHELLE BARBOUR for
                                        SEAN FLYNN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

### O R D E R

**IT IS SO ORDERED**. The time between the date of this order and arraignment on June 18, 2007 is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

```
DATED: 5/29/07                          /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        United States Magistrate Judge
```

lamb.ord2

3