```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL LAMB
 6

 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,      )  Cr. S. 07-116-LKK
11                                 )
                  Plaintiff,       )
12                                 )
         v.                        )  STIPULATION AND ORDER REQUESTING
13                                 )  CONTINUANCE OF ARRAIGNMENT AND
                                   )  EXCLUSION OF TIME
14                                 )
    MICHAEL LAMB,                  )  Date: May 29, 2007
15                                 )  Time: 2:00 p.m.
                  Defendant.       )  Judge: Hon. Gregory G. Hollows
16  _____

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, SEAN FLYNN, Assistant United States Attorney,

19  attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal

20  Defender, attorney for Defendant, that the date for defendant's

21  arraignment on the indictment be continued from May 14, 2007 to May 29,

22  2007 at 2:00 p.m., and that time be excluded for preparation of defense

23  counsel.

24       Mr. Lamb lives in Montana, is out of custody, and drove to

25  Sacramento for his initial appearance on the complaint.  Since the

26  filing of the indictment, the prosecutor has provided defense counsel

27  with discovery, and defense counsel has begun investigation and

28  research.  The prosecutor is preparing a written plea offer for defense
```

counsel to present to Mr. Lamb.  The parties will discuss this plea offer, and defense counsel must present it to Mr. Lamb.  Additional time is requested to do so.  Accordingly, the parties request that the Court exclude the time from May 14, 2007 through May 29, 2007 at 2:00 p.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED: May 11, 2007        /s/ RACHELLE BARBOUR
                           RACHELLE BARBOUR
                           Assistant Federal Defender
                           Attorney for Defendant


                           McGREGOR SCOTT
                           United States Attorney


DATED: May 11, 2007        /s/ RACHELLE BARBOUR for
                           SEAN FLYNN
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

O R D E R

**IT IS SO ORDERED.** The time between the date of this order and arraignment on May 29, 2007 is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: June 8, 2007 nunc pro tunc May 11, 2007

GREGORY G. HOLLOWS
United States Magistrate Judge

2