DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. S. 07-0116-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER REQUESTING** |
| | ) | **CONTINUANCE OF ARRAIGNMENT AND** |
| | ) | **EXCLUSION OF TIME** |
| | ) | |
| MICHAEL LAMB, | ) | Date: June 25, 2007 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the date for defendant's arraignment on the indictment be continued from June 18, 2007 to June 25, 2007 at 2:00 p.m., and that time be excluded for preparation of defense counsel.

   Mr. Lamb lives in Montana, works in Colorado, is out of custody, and previously drove to Sacramento for his initial appearance on the complaint.  Mr. Lamb was in the process of driving with his daughter to Sacramento for his arraignment today, when he was in an automobile accident in Salt Lake City, Utah.  He notified defense counsel about

the accident with a voicemail during the night of June 17, 2007.  He is still in Salt Lake City and requests additional time to appear for arraignment.  The parties are still discussing a plea offer in this case and investigation remains to be done by the defense.

Accordingly, the parties request that the Court exclude the time from June 18, 2007 through June 25, 2007 at 2:00 p.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare). The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: June 18, 2007                /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney

DATED: June 18, 2007                /s/ RACHELLE BARBOUR for
                                    SEAN FLYNN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** The time between the date of this order and arraignment on June 25, 2007 is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: June 18, 2007.

Ddad1/orders.criminal/lamb0116.stipord

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2