DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  ) | Cr. S. 07-116-LKK |
|---|---|
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | **STIPULATION AND ORDER REQUESTING** |
| ) | **CONTINUANCE OF STATUS CONFERENCE** |
| ) | **AND EXCLUSION OF TIME; ORDER** |
| ) | |
| MICHAEL LAMB,  ) | Date: September 11, 2007 |
| ) | Time: 9:30 a.m. |
| Defendant.  | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the current status conference date of July 24, 2007 be continued to September 11, 2007, and that time be excluded for preparation of defense counsel.

The defense is currently conducting investigation in this case and preparing to file motions.  The parties are still discussing a plea offer in this case.  Defense counsel must discuss the offer and the case with Mr. Lamb.

Accordingly, the parties request that the Court exclude the time from July 24, 2007 through September 11, 2007 at 9:30 a.m., under 18

U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: July 23, 2007                /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: July 23, 2007                /s/ RACHELLE BARBOUR for
                                    SEAN FLYNN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 23, 2007

```
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2