DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. S. 07-116-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER SETTING TRIAL DATE AND** |
| | ) | **EXCLUDING TIME** |
| | ) | |
| | ) | |
| MICHAEL LAMB, | ) | |
| | ) | |
| Defendant. | | |

On September 11, 2007, Assistant Federal Defender Rachelle Barbour appeared before the Court on behalf of defendant Michael Lamb, who waived his appearance.  Assistant United States Attorney Sean Flynn appeared on behalf of the government.  The parties requested that the Court set a trial and trial confirmation dates and exclude time for preparation of counsel for trial.  At the parties' request, the Court set a trial date for January 23, 2008 at 10:30 a.m. and a trial confirmation hearing for January 8, 2008 at 9:30 a.m.

//

//

1    For the reasons just stated, time for trial under the Speedy Trial
2  Act, 18 U.S.C. § 3161 *et. seq.* is excluded pursuant to 18 U.S.C. §
3  3161(h)(8)(A) & (B)(iv).

4    **IT IS SO ORDERED.**

DATED: December 13, 2007

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```