DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Cr. S. 07-116-LKK |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | **STIPULATION AND ORDER REQUESTING** |
| ) | **CONTINUANCE OF TRIAL DATE AND** |
| ) | **EXCLUSION OF TIME; ORDER** |
| ) | |
| MICHAEL LAMB,  ) | Date: April 1, 2008 |
| ) | Time: 10:00 a.m. |
| Defendant.  | Judge: Lawrence K. Karlton |
| _____ | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the current trial date of January 23, 2008 be continued to April 1, 2008 at 10:00 a.m., that the current trial confirmation date of January 8, 2008 be continued to March 4, 2008 at 9:30 a.m., and that time be excluded for preparation of defense counsel.

   The parties are currently conducting investigation in this case that will determine whether the case will proceed to trial.  Once the parties have received the results of this investigation, defense counsel must discuss the plea offer and the case with Mr. Lamb.

Accordingly, the parties request that the Court exclude the time from the current date through April 1, 2008 at 10:00 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: December 20, 2007            /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant



                                    McGREGOR SCOTT
                                    United States Attorney


DATED: December 20, 2007            /s/ RACHELLE BARBOUR for
                                    SEAN FLYNN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

### O R D E R

**IT IS SO ORDERED.**

DATED: January 2, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2