DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,   )<br>  )<br>   v.   )<br>  )<br>  )<br>  )<br>MICHAEL LAMB,   )<br>  )<br>            Defendant.   )<br>_____) | Cr. S. 07-116-LKK<br><br>**STIPULATION AND ORDER VACATING TCH AND TRIAL DATES AND REQUESTING STATUS CONFERENCE AND EXCLUSION OF TIME; ORDER**<br><br>Date: April 1, 2008<br>Time: 10:00 a.m.<br>Judge: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the current trial date of April 1, 2008 at 10:00 a.m. and the current trial confirmation date of March 4, 2008 at 9:30 a.m. be vacated, and that a status conference date be set for April 1, 2008 at 9:30 a.m.  The parties also stipulate that time be excluded for preparation of defense counsel.

   The parties have recently received the results of investigation in this case that has increased the likelihood of a resolution.  The parties must discuss plea options and defense counsel must discuss the any plea offer with Mr. Lamb.

Accordingly, the parties request that the Court exclude the time from the current date through April 1, 2008 at 9:30 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare). The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: March 3, 2008                 /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney

DATED: March 3, 2008                 /s/ RACHELLE BARBOUR for
                                        SEAN FLYNN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

<u>**O R D E R**</u>

**IT IS SO ORDERED.**

DATED: March 3, 2008

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT