DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          )  Cr. S. 07-116-LKK
                                   )
                Plaintiff,         )
                                   )
     v.                            )  **STIPULATION AND ORDER REQUESTING**
                                   )  **CONTINUANCE OF STATUS CONFERENCE;**
                                   )  **ORDER**
                                   )
MICHAEL LAMB,                      )  Date: May 28, 2008
                                   )  Time: 9:30 a.m.
                Defendant.         )  Judge: Lawrence K. Karlton
_____


     IT IS HEREBY STIPULATED by and between the parties hereto through

their respective counsel, SEAN FLYNN, Assistant United States Attorney,

attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal

Defender, attorney for Defendant, that the current status conference

date of April 22, 2008 at 9:30 a.m. be continued to May 28, 2008 for

the completion of a pre-plea presentence criminal history report by the

probation office.  The parties also stipulate that time be excluded

until May 28, 2008.

     The Court has previously referred this matter for the preparation

of a pre-plea presentence criminal history report by the probation

office.  The probation office requires additional time to complete the

1  report.   The parties have determined that Mr. Lamb's criminal history

2  calculation will have an impact on the ability of the parties to

3  resolve the case through a plea agreement.

4       Accordingly, the parties request that the Court continue the

5  status conference and exclude the time from the current date through

6  May 28, 2008 at 9:30 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and

7  local code T4 (reasonable time to prepare).   The parties agree that the

8  ends of justice to be served by a continuance outweigh the best

9  interests of the public and the defendant in a speedy trial.

                                   Respectfully submitted,
10                                  DANIEL J. BRODERICK
                                   Federal Defender
11

12
   DATED:  April 17, 2008          /s/ RACHELLE BARBOUR
13                                  RACHELLE BARBOUR
                                   Assistant Federal Defender
14                                  Attorney for Defendant

15
                                   McGREGOR SCOTT
16                                  United States Attorney

17
   DATED:  April 17, 2008          /s/ RACHELLE BARBOUR for
18                                  SEAN FLYNN
                                   Assistant U.S. Attorney
19                                  Attorney for Plaintiff

20                              **O R D E R**

21       IT IS SO ORDERED.   The status conference shall be continued to May

22  28, 2008 at 9:30 a.m.   Time will be excluded from the current date

23  through May 28, 2008 at 9:30 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv)

24  and local code T4 (reasonable time to prepare).

25

26  DATED:  April 21, 2008

27                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
28                              UNITED STATES DISTRICT COURT

                                2