```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL LAMB,<br><br>    Defendant. | Cr. S. 07-116-LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND REQUESTING EXCLUSION OF TIME; ORDER**<br><br>Date: June 17, 2008<br>Time: 10:00 a.m.<br>Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the current status conference of May 28, 2008 at 9:30 a.m. be vacated, and that a further status conference date be set for June 17, 2008 at 9:30 a.m.  The parties also stipulate that time be excluded for preparation of defense counsel.

The parties have recently received the pre-plea criminal history report prepared by the probation office pursuant to the Court's order. Defense counsel must discuss this report with Mr. Lamb and the probation officer, in anticipation of a change of plea.

Accordingly, the parties request that the Court exclude the time

from the current date through June 17, 2008 at 9:30 a.m., under 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).  The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: May 22, 2008                 /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL LAMB

                                        McGREGOR SCOTT
                                        United States Attorney

DATED: May 22, 2008                 /s/ Rachelle Barbour for
                                        SEAN FLYNN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.**

DATED: May 27, 2008

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT