DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL LAMB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. S. 07-116-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER REGARDING STATUS CONFERENCE** |
| | ) | |
| | ) | |
| MICHAEL LAMB, | ) | |
| | ) | |
| Defendant. | | |

    On June 17, 2008, Assistant Federal Defender Rachelle Barbour appeared before the Court on behalf of defendant Michael Lamb, who is out of custody and waived his appearance.  Assistant United States Attorney Sean Flynn appeared on behalf of the government.

    The government requested that the Court set a status conference date for July 1, 2008 and exclude time for preparation of counsel.  The government also requested that the Court order Mr. Lamb to personally appear for trial setting on July 1, 2008.

    The Court granted the government's requests and ordered that the status conference be continued to July 1, 2008 at 9:30 a.m. and that Mr. Lamb personally appear at that hearing.  The Court also ordered

1  that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et.*
2  *seq.* be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) (Local
3  Code T4) for preparation of counsel.
4      **IT IS SO ORDERED.**
5  DATED: June 19, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2