MCGREGOR W. SCOTT
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 07-0116-LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER |
| ) | |
| MICHAEL EUGENE LAMB, ) | |
| ) | Date: December 1, 2008 |
| Defendant. ) | Time: 9:15 a.m. |
| _____) | Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, MICHAEL EUGENE LAMB, by and through his counsel, JOHN FEINER, that a change of plea hearing be set in the above-captioned matter for Tuesday, December 16, 2008, at 9:15 a.m.

Attorney Feiner has recently been retained by the defendant in this matter and made his first appearance in this Court on Monday, December 1, 2008.  Attorney Feiner is currently familiarizing himself with the case and discussing a potential change of plea with the defendant.

Accordingly, the parties request that the Court exclude the time from December 1, 2008, through December 16, 2008 for

1

1 | purposes of the Speedy Trial Act, pursuant to 18 U.S.C. §
2 | 3161(h)(8)(B)(iv) and local code T4 (reasonable time to prepare).
3 | The parties agree that the ends of justice to be served by a
4 | continuance outweigh the best interests of the public and the
5 | defendant in a speedy trial.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: December 4, 2008        By:    /s/ Sean C. Flynn
                                     SEAN C. FLYNN
                                     Assistant U.S. Attorney


DATE: December 4, 2008        By:    /s/Sean Flynn for John Feiner
                                     JOHN FEINER
                                     Counsel for the defendant


O R D E R

IT IS SO ORDERED.

DATED: December 3, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2